other transfer was in part consideration for a farm in Oklahoma acquired by the grantor; two purchases of buildings by the tenants then occupying them who continued their businesses, a paint and paper store, and a moving-picture show, in their respective locations; miscellaneous sales, consisting of a transfer of a one-third interest in a lot; a transfer of a strip off the back end of a lot to the owner of the front; a sale of a building on terms to the owners of the adjacent property to furnish an outlet to the alley; a sale of a hotel building to a person who thereafter operated the hotel; the sale of lots 8, 9, and 10, block 164, to J. T. M. Johnson for $80,000. This latter transfer included the property subsequently received by the taxpayer. The west two-thirds of these lots, upon which there was a small hotel or rooming house more than 30 years old, was sold by Johnson on January 20, 1919, for $125,000.

The taxpayer reported no gain from the transaction in question on the ground that it was an exchange of property for property having no fair market value, due to the lease, and that there were no sales of similar property at or about that time. The Commissioner determined a deficiency based on a profit of $15,000 arising from the transaction, from which determination this appeal is taken.

### DECISION.

The determination of the Commissioner is approved.

### OPINION.

MORRIS: It is not clear from the evidence whether the cash consideration recited in the deed was paid to the taxpayer and she purchased Johnson's property or whether Kemp paid Johnson directly resulting in an exchange between the taxpayer and Johnson. If it was a sale by the taxpayer there can be no question of the gain derived therefrom; if an exchange, it is our opinion that the cash consideration of $30,000 involved in the transaction clearly establishes the fair market value of the property received by the taxpayer at that amount.

---

Appeal of **CHARLES A. GORDON.**        **Docket No. 1728.**

Submitted April 6, 1925; decided May 23, 1925.

*Albert I. Coe, C. P. A.*, for the taxpayer.
*Robert A. Littleton, Esq.*, for the Commissioner.

Before IVINS, MARQUETTE, and MORRIS.

This appeal is from a deficiency in income tax for the year 1919 in the sum of $4,015.21. The deficiency arose from the refusal of the Commissioner to allow the taxpayer a deduction for an alleged loss sustained on an exchange of stock in a corporate reorganization. The case was submitted on the pleadings, from which the Board makes the following

### FINDINGS OF FACT

1. The taxpayer is a citizen of the United States, residing in New York City. At various times during the years 1911–1915, inclusive, he purchased and owned 385 shares of stock in Perry Dame & Co., for which he paid the par value of $100 a share, or a total of $38,500. During this time the corporation was capitalized at $625,000.

2. In December, 1919, the said corporation reorganized to secure new capital. The capital stock of the reorganized company was $975,000, made up of $350,000 preferred stock (3,500 shares, $100 par value each) and $625,000 common stock (12,500 shares, $50 par value each). The stockholders of the old company received 25 per cent of the new common stock and the remaining 75 per cent of the new common stock was distributed as a bonus to the purchasers of the preferred stock.

3. The taxpayer for his 385 shares of the old company received 171 shares of common stock of the reorganized company of a par value of $50, or $8,550. The taxpayer claims that the actual value of his stock was $45 per share, so that in the exchange he received a value of but $7,695, thereby sustaining a loss of $30,805. The Commissioner refused to allow such loss under the provisions of section 202(b) of the Revenue Act of 1918, and in a deficiency letter mailed November 29, 1924, assessed a deficiency against the taxpayer in the sum of $4,015.21.

### DECISION.

The determination of the Commissioner is approved.

---

Appeal of A. L. HOWELL.                    Docket No. 1287.
Appeal of J. J. NYHOFF.                    Docket No. 1288.

Submitted April 6, 1925; decided May 23, 1925.

*R. F. Delahant, C. P. A.*, for the taxpayers.
*Blount Ralls, Esq.*, for the Commissioner.

Before JAMES, LITTLETON, and TRUSSELL.

These two appeals are from determinations by the Commissioner of deficiencies in income taxes for the years 1919, 1920, and 1921. The taxpayers were members of a copartnership doing business as Nyhoff & Howell. The issues presented for consideration of the Board are the same for each taxpayer, and the two appeals were heard together. The deficiencies arose from the action of the Commissioner in adding to the income reported in the individual income-tax returns of the taxpayers certain payments made by the partnership which he disallowed as business expense; also from the refusal to allow deductions in their individual returns of certain alleged bad debts, losses on sale of stock and by storm, and luxury taxes.